

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00330-CR

Jack Andrew **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10392
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 7, 2022.

_____
Patricia O. Alvarez, Justice